FALL 1810.
First District.

*BAKER* vs. *HUNT & AL.*

Attachment on the oath of a third person, when bad.

*Alexander* moved to dissolve an attachment issued on the affidavit of a third person, who did not state himself to be the plaintiff's agent, nor appeared to have any personal knowledge of the claim.

*Duncan, contra.* The law requires only that the debt be sworn to. In this case, however, the objection comes too late, for the property attached has been bonded.

*Alexander* for the defendant. It was bonded by the garnishee and likely with a view to obtain relief by shewing the illegality of the process.

*By the Court.* The Judge who orders the attachment must be satisfied of the justice of the plaintiff's demand. The oath of a person who does not appear to have any knowledge of it, except what he receives from the principal who does not swear, can go but little way to satisfy him. If the process issued improperly, the property might be rightfully obtained by giving bond, without thereby waving any legal objection.

ATTACHMENT DISSOLVED.

---

### JOHN GRIEVE'S CASE.

Proceedings not stayed till schedule filed.

*Cessio Bonorum.* The Court refused to stay proceedings and appoint provisional syndics, no schedule, accompanying the petition : time being prayed to make one.